**CYTOLOGIX CORP., Plaintiff–Appellant,**

v.

**VENTANA MEDICAL SYSTEMS, INC., Defendant–Appellee.**

No. 2008–1111.

United States Court of Appeals, Federal Circuit.

Feb. 11, 2008.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).